## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

ADRIAN RIVERA                 )

                                   )

     v.                         )        Appeal No. 2015-1683

                                   )

GUANGDONG XINBAO ELECTRICAL  )
APPLIANCES HOLDINGS CO., LTD.   )

## NOTICE OF INTERVENTION
## BY THE UNITED STATES PATENT AND TRADEMARK OFFICE

The Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("Director") respectfully informs the Court that the Director hereby exercises the right under 35 U.S.C. § 143 to intervene in this appeal from the decision of the Patent Trial and Appeal Board in an *inter partes* review.  35 U.S.C. § 143.

The Director respectfully requests that the undersigned counsel be permitted to enter their appearances on behalf of the Director.

Respectfully submitted,

Dated:  September 16, 2015

/s/ MONICA B. LATEEF
THOMAS W. KRAUSE
Acting Solicitor

SCOTT C. WEIDENFELLER
Acting Deputy Solicitor

MONICA B. LATEEF
FARHEENA Y. RASHEED
Associate Solicitors
United States Patent & Trademark Office
Mail Stop 8
P.O. Box 1450
Alexandria, Virginia 22313-1450

*Attorneys for the Director of the United
States Patent and Trademark Office*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2015, I electronically filed the

foregoing NOTICE OF INTERVENTION BY THE UNITED STATES PATENT

AND TRADEMARK OFFICE using the Court's CM/ECF filing system.  Counsel

who have filed an Entry of Appearance in this case were electronically served via

e-mail per Fed. R. App. P. 25 and Fed. Cir. R. 25(a) and 25(b).


/s/ MONICA B. LATEEF
MONICA B. LATEEF
Associate Solicitor
United States Patent & Trademark Office
Mail Stop 8
P.O. Box 1450
Alexandria, Virginia 22313-1450